| | |
|---|---|
| 1 | Daniel Alberstone (SBN 105275) |
| 2 | dalberstone@baronbudd.com<br>Peter F. Smith (SBN 203224) |
| 3 | psmith@baronbudd.com<br>Mark Pifko (SBN 228412) |
| 4 | mpifko@baronbudd.com<br>BARON & BUDD, P.C. |
| 5 | 15910 Ventura Blvd., Suite 1600<br>Encino, California 91436 |
| 6 | Telephone: (818) 839-2333<br>Facsimile: (818) 986-9698 |
| 7 | |
| 8 | Attorneys for Plaintiff, |
| 9 | SARI M. ANDELSON, individually<br>and on behalf of other members of the |
| 10 | general public similarly situated |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARI M. ANDELSON, Individually and on behalf of other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WILSON SPORTING GOODS COMPANY, a corporation organized and existing under the laws of the State of Delaware,<br><br>Defendant. | Case No. 2:13-cv-01681-RGK (SHx)<br>**CLASS ACTION**<br><br>**STIPULATION OF DISMISSAL**<br><br>District Judge: Hon. R. Gary Klausner<br>Magistrate: Hon. Stephen J. Hillman<br><br>Action Filed: March 11, 2013<br><br>Trial Date: None Set |

This Stipulation is entered into by and between Plaintiff Sari M. Andelson ("Plaintiff"), on the one hand, and Defendant Wilson Sporting Goods Co., ("Defendant"), on the other hand, collectively referred to as the "Parties," by and through their respective counsel of record.

**WHEREAS**, on March 11, 2013, Plaintiff filed a class action Complaint, as captioned above, alleging violations of California's Consumers Legal Remedies Act, California Civil Code section 1750 *et seq.*; the Unfair Competition Law, California Business & Professions Code section 17200 *et seq.*; Violation of False Advertising Law, California Business & Professions Code section 17500 *et seq.*; Fraud, Negligent Misrepresentation, and; Breach of Express Warranty.

**WHEREAS**, Plaintiff has recently informed Defendant of her belief that the amount in controversy in this action may not meet the minimum requirements to invoke this Court's jurisdiction;

**WHEREAS**, this action has not yet been certified by the Court as a class action and, therefore, Court approval of the dismissal of this action is not required, and;

**WHEREAS**, the Parties have jointly agreed to dismiss this action with prejudice to Plaintiff, but without prejudice to the rights of any putative class members (excluding Plaintiff) to file an action, individual, class action or otherwise against Defendant, and Defendant reserves and does not waive any and all defenses, positions, arguments, remedies and rights in the event any such action is filed, including its right to remove such action to federal court under applicable law.

**THEREFORE**, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties hereby stipulate to the dismissal of this action, with prejudice only to Plaintiff Sari M. Andelson; each Party to bear its own attorney fees and costs.

| | | |
|---|---|---|
| 1 | Dated: July 31, 2013 | BARON & BUDD P.C. |
| 2 | | |
| 3 | | By: /s/Daniel Alberstone |
| 4 | | Daniel Alberstone |
| | | Roland Tellis |
| 5 | | Peter F. Smith |
| 6 | | Mark Pifko |
| 7 | | Attorneys for Plaintiff |
| | | SARI ANDELSON |
| 8 | Dated: July 31, 2013 | SEYFARTH SHAW LLP |
| 9 | | |
| 10 | | By: /s/Michael R. Levinson |
| 11 | | Michael R. Levinson |
| | | Eric R. McDonough |
| 12 | | |
| 13 | | KEY & ASSOCIATES |
| | | Jeffery A. Key |
| 14 | | |
| 15 | | Attorneys for Defendant |
| | | WILSON SPORTING GOODS CO. |